ALEXANDER G. CALFO (SBN 152891)
  *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
  *KOlah@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:     (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
JOHNSON SERVICES, INC., and JOHNSON &
JOHNSON (erroneously sued as Johnson &
Johnson, Inc.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CORMAN,<br><br>           Plaintiff,<br><br>      vs.<br><br>DEPUY ORTHOPAEDICS, INC.; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION; THOMAS P. SCHMALZRIED, M.D.; VAIL CONSULTING L.L.C.; THOMAS PARK VAIL, M.D., and DOES 1-50, Inclusive,<br><br>           Defendants. | CASE NO. CV-11-3332 (SBA)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Judge:   Hon. Saundra Brown Armstrong<br>Trial:    None |

## **ORDER**

The Court, having considered the Stipulation of Plaintiff, Charles Corman ("Plaintiff"), and Defendants, DePuy Orthoapedics, Inc., Johnson & Johnson Services, Inc., and Johnson & Johnson ("Defendants"), finds:

1.     WHEREAS Plaintiff seeks to voluntarily dismiss this action;

2.     WHEREAS Plaintiff and Defendants have stipulated to a mutual waiver of all fees

1  and costs;

2      IT IS HEREBY ORDERED that the above-entitled action, CHARLES CORMAN,
3  Plaintiff, vs. DEPUY ORTHOPAEDICS, INC., *et al*., Defendants, United States District Court -
4  Northern District of California Case No. CV-11-3332 (SBA) is dismissed in its entirety and
5  without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

6      IT IS SO ORDERED.

7  DATED: 7/27/11

                                    By:  *Saundra B. Armstrong*
                                         HON. SAUNDRA B. ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777

596513.1 / 25-086

2
[PROPOSED] ORDER DISMISSING ENTIRE ACTION

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On July 25, 2011, I served true copies of the following document(s) described as **[PROPOSED] ORDER DISMISSING ENTIRE ACTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Yukevich Calfo & Cavanaugh's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2011, at Los Angeles, California.

Deanna Castellanos

596513.1 / 25-086

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

**SERVICE LIST**
**CHARLES CORMAN v DEPUY**

| | |
|---|---|
| Brett A. Williams, Esq.<br>David M. Peterson, Esq.<br>Nicholas S. Clevenger, Esq.<br>PETERSON & ASSOCIATES, P.C.<br>801 W. 47th Street, Suite 107<br>Kansas City, MO 64112 | Attorney for Plaintiffs<br><br>(816) 531-4440<br>(816) 531-0600 |
| Barry D. Levy, Esq.<br>O'CONNOR, ACCIANI & LEVY, CO., LPA<br>1014 Vine Street, Suite 2200<br>Cincinnati, OH 45202 | Attorney for Plaintiffs |

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777

596513.1 / 25-086

[PROPOSED] ORDER DISMISSING ENTIRE ACTION